UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ANTHONY BRIAN MALLGREN, | |
|---|---|
| Plaintiff, | 25 CIVIL 6464 (LTS) |
| -against- | CIVIL JUDGMENT |
| UNITED STATES, ET AL., | |
| Defendants. | |

For the reasons stated in the August 21, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 21, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge